IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JERRY and ASHLEY JACKSON,  )
individually and on behalf of John Doe,  )
a minor  )
    )  No. 3-09-1005
v.  )
    )
SUMNER COUNTY BOARD OF  )
EDUCATION; and DONNA  )
WEIDENBENNER, individually and in  )
her official capacity as the Special Needs  )
Teacher of Station Camp Elementary  )
School  )

O R D E R

      A hearing is scheduled on **Tuesday, October 12, 2010, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the following motions:

      1.    The motion to quash filed by the Tennessee Department of Children's Services ("DCS"), filed in Sagan v. Sumner County Board of Education ("Sagan"), 3-09-1003;

      2.    The motion to quash filed by Cheryl Valenti, filed in Sagan; and

      3.    The defendants' motion to modify initial case management orders (Docket Entry No. 51).

      Counsel of record and counsel for DCS and Cheryl Valenti shall appear. All counsel shall bring with them their calendars for scheduling further activity in this case. Counsel for DCS shall bring with him the DCS records to be available, if appropriate, for in camera review or otherwise.

      Counsel for defendant Sumner County Board of Education shall bring with her a copy of the transcript of Ms. Valenti's deposition, to which references are made in the response to her motion, to be considered by the Court, if necessary.

      The plaintiffs have made no filings related to the pending motions to quash. If the plaintiffs want to present their position, particularly on the defendants' request that they be compelled to sign

a release for the DCS documents, in addition to any response to the motion to modify, they may do so before the October 12, 2010, hearing.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge