IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY and ASHLEY JACKSON, individually and on behalf of John Doe, a minor<br><br>v.<br><br>SUMNER COUNTY BOARD OF EDUCATION; and DONNA WEIDENBENNER, individually and in her official capacity as the Special Needs Teacher of Station Camp Elementary School | )<br>)<br>)<br>)   No. 3-09-1005<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

On November 1, 2010, the defendants filed motions for summary judgment (Docket Entry Nos. 62 and 66).

In accord with the orders entered January 11, 2010 (Docket Entry Nos. 19 and 20), the plaintiffs shall have until November 24, 2010, to file responses to the motions. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by December 8, 2010, if the response is filed on November 24, 2010.

No other filings in support of or in opposition to the pending motions for summary judgment shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

Also pending is the motion of defendant Sumner County Board of Education ("Board") to alter or amend (Docket Entry No. 56) the order entered September 20, 2010 (Docket Entry No. 50), to which no response has been filed.

The Clerk is directed to forward the file in this case to Judge Wiseman for his consideration of the defendants' motions for summary judgment and accompanying filings (Docket Entry Nos. 62-66), the plaintiffs' response(s) to be filed by November 24, 2010, and any reply, if necessary, to be filed no later than December 8, 2010, and the motion of defendant Board to alter or amend and accompanying memorandum (Docket Entry Nos. 56-57).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge