**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JERRY and ASHLEY JACKSON, Individually ) <br> and o/b/o JOHN DOE, a minor, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SUMNER COUNTY BOARD OF EDUCATION ) <br> and DONNA WEIDENBENNER Individually and ) <br> in her official capacity as Special Needs Teacher ) <br> of Station Camp Elementary School, ) <br> ) <br>     Defendants. ) | Civil Action No. 3:09-cv-1005 <br><br> Judge Thomas A. Wiseman, Jr. <br> Magistrate Judge Juliet E. Griffin |

## ORDER

Summary judgment having been entered in favor of Defendants, all other pending motions in this matter are hereby **DENIED** as **MOOT**.

It is so **ORDERED**.

                                                                          Thomas A. Wiseman, Jr.
                                                                          Senior U.S. District Judge