**GRANTED.** Exhibits 1-8 in support of Plaintiffs' response to Defendant's Motion for Summary Judgment shall be filed **UNDER SEAL.**

*[signature: Thomas A. Wiseman Jr.]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **JERRY and ASHLEY JACKSON,** Individually and o/b/o **JOHN DOE**, a minor<br><br>Plaintiffs,<br><br>v.<br><br>**SUMNER COUNTY BOARD OF EDUCATION** and **DONNA WEIDENBENNER** Individually and in her official capacity as the Special Needs Teacher of Station Camp Elementary School<br><br>Defendants. | Civil Action No. 3:09-cv-1005<br>Judge Wiseman<br>Magistrate Griffin<br><br>**JURY DEMAND** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS

Comes now Plaintiffs by and through counsel and would move this Court for an order allowing them to electronically file copies of exhibits cited and referenced in their Response to Defendant's Motion for Summary Judgment. In support thereof, Plaintiffs would show that Plaintiffs filed their response to Defendant's Motion for Summary Judgment on December 6, 2010. Plaintiffs would further show that the Trial Court granted Defendant's Motion for Summary Judgment prior to Plaintiffs being able to electronically file the exhibits cited and referenced in their Response, and attached hereto:

Exhibit 1 – Photo, child strapped to commode
Exhibit 2 – Schweinsberg letter
Exhibit 3 – Fritz letter
Exhibit 4 – Weidenbenner indictment
Exhibit 5 – Corwin Report – Trey Jackson
Exhibit 6 – Woodman Report – Trey Jackson
Exhibit 7 – Handwritten Minnis timeline
Exhibit 8 – Deposition excerpts: Bills, Fritz, Schweinsberg, Dunn, Valenti, Ashley Jackson, Jamie Minnis, Nelson, and Tabbert